UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-056 (JNE/DLM)

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                     **NOTICE OF WITHDRAWAL**

CHRISTINA RANK,

      Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

AUSA Kristian C.S. Weir

Dated: February 20, 2026                Respectfully submitted,

                                                  DANIEL N. ROSEN
                                                  United States Attorney

                                                  <u>*s/ Kristian C.S. Weir*</u>
                                      BY:    KRISTIAN C.S. WEIR
                                                  Assistant U.S. Attorney