AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christina Rank | ) | Case No.  26-mj-56(JNE/DLM) |
| | ) | |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

ID SWTfNn78zfWFArysFp41UUsR

_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

Bruce D. Nestor
_____
*Printed name of defendant's attorney (if any)*

_____   3-13-26
*Signature of defendant's attorney (if any)*

Date:  _____   Approved by:  _____
*Magistrate Judge's signature*

## eSignature Details

**Signer ID:**        **SWTfNn78zfWFArysFp41UUsR**
Signed by:        Christina Rank
Sent to email:        christinarank@hotmail.com
IP Address:        174.53.168.172
Signed at:        Mar 13 2026, 2:16 pm CDT