UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-56

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTINA RANK, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND PRE-TRIAL MOTION DEADLINES

Defendant, by counsel Bruce D. Nestor of De León & Nestor, states as follows:

1. This matter currently has a Pre-Trial Motions filing deadline of March 16, 2026.

2. The Government made timely initial disclosures on February 27, 2026. Upon a request by counsel, the Government made supplemental disclosures on March 11, 2026.

3. Counsel can not meet the current filing deadline of March 16, 2026, due to his current caseload, other pressing deadlines, and multiple appearances in state court, immigration proceedings, and other matters since February 27, 2026. Counsel also needs additional time to complete his "Meet and Confer" obligations prior to the filing of any pre-trial motions.

4. Counsel will be unable to complete and file all anticipated pretrial motions by March 16, 2025, and requests an extension of time until Monday, March 23, 2026.

5. The United States, through Special Assistant United States Attorney Michael Hakes-Rodriguez does not oppose this request for extension of time to file pretrial motions.

6. Christina Rank is not in custody and has been released without pre-trial supervision or special conditions. She will suffer no prejudice by the granting of this request. Counsel believes that any additional time resulting from this request is subject to exclusion under the Speedy Trial Act pursuant to 18 USC §3161(h)(7)(A), in that the ends of justice are served allowing counsel sufficient time to prepare and file pretrial motions and these interests outweigh the best interest of the public and defendant in a speedy trial. Counsel will prepare and file a Statement of Facts in Support of Exclusion of Time if deemed necessary by the Court.

WHEREFORE, Defendant requests that deadline for filing of pre-trial motions be extended until March 23, 2026, that responsive Government deadlines be extended, and if necessary, that the Motion Hearing scheduled for April 27, 2026, be continued.

3

Dated:  <u>March 13, 2026</u>                       <u>       S/BRUCE D. NESTOR       </u>
                                                                Bruce D. Nestor, 0318024 – MN
                                                                DE LEÓN & NESTOR, LLC
                                                                3547 Cedar Avenue South
                                                                Minneapolis, MN  55407
                                                                (612) 659-9019
                                                                (612) 436-3664 – Facsimile
                                                                nestor@denestlaw.com