UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-56(JNE/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CHRISTINA RANK, | ) |
| | ) |
| Defendant. | ) |

**EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR AN
ORDER TO SHOW CAUSE, MOTION FOR RULE 16 DISCOVERY,
AND AN EVIDENTIARY HEARING**

| Exhibit(s) | | Page(s) |
|---|---|---|
| A | Photo of Christina Rank, 1/28/26 | 1 |
| B | X-Post of Attorney General Bondi, 1/28/26, 12:53 p.m. | 2-3 |
| C | Photos of Other Defendants and Rank, 1/28/26 | 4 |
| D | X-Post of DHS, 1/28/26, 3:57 p.m. | 5-6 |

Dated: March 20, 2026            _____S/BRUCE D. NESTOR_____
                                 Bruce D. Nestor, 0318024 – MN
                                 DE LEÓN & NESTOR, LLC
                                 3547 Cedar Avenue South
                                 Minneapolis, MN  55407
                                 (612) 659-9019
                                 (612) 436-3664 –Facsimile
                                 nestor@denestlaw.com

                                 ATTORNEY FOR CHRISTINA RANK

Exhibit A



-1-

← **Post**



**Attorney General Pamela Bondi** ✔ ⊙
@AGPamBondi                                                    ···

MINNESOTA ARRESTS — I am on the ground in Minneapolis today.
Federal agents have arrested 16 Minnesota rioters for allegedly
assaulting federal law enforcement — people who have been resisting
and impeding our federal law enforcement agents.

We expect more arrests to come.

I've said it before and I'll say it again: NOTHING will stop President
Trump and this Department of Justice from enforcing the law.

12:53 PM · Jan 28, 2026 · **3.3M** Views

💬 12K          ↻ 7.4K          ♡ 42K          🔖 859          ⬆️

💬 **Read 12.8K replies**

Exhibit B

−2



-3-



Exhibit C

← **Post**



**Homeland Security** ✓
@DHSgov

   •••

These violent Anti-ICE anarchists will not deter DHS law enforcement from arresting and deporting the worst of the worst in Minnesota.

They are fighting to keep rapists, murders, drug dealers, and predators in their community.

You will not stop us. This administration will not be intimidated.

3:57 PM · Jan 28, 2026 · **98.4K** Views

💬 426       ⟲ 1K       ♡ 4.5K       🔖 81       ↑

💬 **Read 426 replies**



Exhibit D
-5-



**dhsgov and 2 others**



**dhsgov** ✔ 7w
These violent Anti-ICE anarchists will not deter DHS law enforcement from arresting and deporting the worst of the worst in Minnesota.

They are fighting to keep rapists, murders, drug dealers, and predators in their community.

You will not stop us. This administration will not be intimidated.



**stevelodge_oc** ✔ 7w
THANK YOU ICE !!🇺🇸

1,056 likes    Reply

——— View all 32 replies



**nickshirley** ✔ 7w
No more bananas and rice

 158K    29.1K  ▽

January 28


Add a comment...

CHRISTINA RANK
ARRESTED: ASSAULT