UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-56(JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **FOR DISCOVERY AND** |
| | ) | **INSPECTION** |
| CHRISTINA RANK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Christina Rank, by and through counsel Bruce D. Nestor of De León and Nestor, LLC states as follows in support of her Motion for Discovery and Inspection:

1. The Government has provided Ms. Rank with discovery that includes recorded statements of the federal agents involved in the arrest of Ms. Rank, summaries of those recorded statements from post-arrest interviews by Homeland Security Investigations (HSI) of the agents, a recorded post-arrest statement of Ms. Rank and a summary of her statement, and video clips from body worn camera or cell phones of some of the federal agents involved in the arrest of Ms. Rank.

2. Ms. Rank seeks an order pursuant to Rule 16(a)(1)(E), requiring the United States to disclose the following additional materials which are within the government's possession, custody, or control, and which are material to Ms. Rank preparing her defense in this matter:

    A. Complete and unedited video, audio, and photographic footage or recordings from any government officer, agent or employee that was involved in the January 12, 2026, incident involving Ms. Rank during the time of the incident alleged in the Information;

1

B. Copies of all radio traffic, dispatch records, cell phone communications, license plate checks, address look-ups, and any other communications between agents and law enforcement personnel regarding this incident, whether such data is stored on a government or private device or other storage media;

C. Any communications or documentation that federal agents were performing immigration enforcement operations at the time they first encountered Ms. Rank on January 12, 2026, and/or that they returned to the Concord Education Center after departing it for the purpose of engaging in immigration enforcement operations;

D. All documents, communications, phone records, chats, emails, transmittals, and any other exchange of information between or among DHS, CBP, FPS, the U.S. Attorney's Office for the District of Minnesota, the Department of Justice, and any other law enforcement or prosecutive authorities regarding the potential or actual charging, declination, presentment, dismissal, recharging, or recharacterization of any criminal charges related to Ms. Rank;

E. All law enforcement training records or curricula for any law enforcement officers involved in Ms. Rank's arrest and the incident alleged in the Information.

F. All policy directives, training materials, or guidance, related to when federal immigration agents (from DHS/CBP/ERO/HIS or other agencies), should collect data on people expressing opposition to immigration enforcement, including persons alleged to have impeded or obstructed such enforcement, such as facial photos, license plate, home addresses, and the purpose of collecting such data including whether such data for persons not subject to arrest is maintained in any government databases and for what purpose.

G. For each federal agent who had contact with Ms. Rank or were involved in her arrest, information for their personnel files related to prior allegations of misconduct, excessive use of force, or dishonesty, and a complete criminal history for each agent. This would include all disciplinary files, Internal Affairs files, adverse findings regarding credibility or fitness, any other adverse performance assessments for any of the aforementioned agents or officers.

2

CONCLUSION

This motion is based on the indictment, records and files in the above-entitled action and any and all other matters which may be presented prior to or at the time of the hearing of said motion. Ms. Rank asks that this matter be set for hearing, and that upon hearing, the Court order the Government to disclose the above enumerated items.


Date: March 23, 2026                                         S/BRUCE D. NESTOR
                                                                      Bruce D. Nestor, 0318024 – MN
                                                                      DE LEÓN & NESTOR, LLC
                                                                      3547 Cedar Avenue South
                                                                      Minneapolis, MN  55407
                                                                      (612) 659-9019
                                                                      (612) 436-3664 – Facsimile
                                                                      nestor@denestlaw.com

                                                                      ATTORNEY FOR CHRISTINA RANK