UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-56(JNE/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTINA RANK, | ) |
| | ) |
| Defendant. | ) |

## MEET AND CONFER STATEMENT

Defendant, by counsel Bruce D. Nestor of De León & Nestor, states as follows:

1. Pursuant to this Court's Case Management Order dated February 23, 2026, and Local Rule 12.1(b) counsel initiated a "meet and confer" process with SAUSA Michael Hakes-Rodriguez by email on March 18, 2026, with a list of discovery requests and anticipated pretrial motions by Defendant. Counsel stated that he was available to meet and discuss by phone with the Government to address the Government's position on the motions or any questions the Government had with respect to the motions.

2. Counsel resent this email to SAUSA Hakes-Rodriguez on March 20, 2026.

3. On March 20, 2026, SAUSA Hakes-Rodriguez emailed counsel that the "Government opposes these motions," with reference to the motions identified in counsel's emails of March 18 and 20, 2026.

4. Counsel remains prepared to discuss outstanding issues and seek to resolve disputes prior to the Government's response deadline of April 6, 2026, and prior to the Motion Hearing date of May 7, 2026.  Counsel shall notify the court of any agreements which reduce or eliminate the need for a Motion Hearing or other action by the Court.

Dated:  March 23, 2026                     S/BRUCE D. NESTOR
                                                          Bruce D. Nestor, 0318024 – MN
                                                          DE LEÓN & NESTOR, LLC
                                                          3547 Cedar Avenue South
                                                          Minneapolis, MN  55407
                                                          (612) 659-9019
                                                          (612) 436-3664 – Facsimile
                                                          nestor@denestlaw.com