UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-56 (JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE OF** |
| | ) | **INTENT TO CALL WITNESSES AT** |
| v. | ) | **MOTIONS HEARING** |
| | ) | |
| CHRISTINA RANK, | ) | |
| | ) | |
| Defendant. | ) | |

The government does not intend to call the following witness to testify at the

May 7, 2026, motions hearing in the above-captioned matter:


Dated: April 6, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney


*s/William L. Richards*
BY: William L. Richards
Special Assistant U.S. Attorney