UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 26-mj-56 (JNE/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,       ) | |
| )  | **GOVERNMENT'S MOTION TO** |
| v.       ) | **CONTINUE MOTIONS HEARING** |
| )  | **AND EXCLUDE TIME UNDER** |
| CHRISTINA RANK,       ) | **THE SPEEDY TRIAL ACT** |
| )  | |
| Defendant.       ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and William L. Richards, Special Assistant United States Attorney, respectfully moves the Court to continue the currently scheduled motions hearing scheduled for May 8, 2026 to June 15, 2026 and to exclude the resulting period of delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

During ongoing discovery obligations and upon recent assignment of new counsel, the Government identified additional body-worn camera footage from law enforcement officers involved in the events underlying this case. The materials had not been included in prior discovery productions and were promptly disclosed upon identification.

Defense counsel has indicated that review of these materials is necessary prior to the scheduled hearing and has stated that he does not object to a continuance to allow adequate time for review.

1

The parties have conferred and agreed that June 15, 2026 is an appropriate proposed date for the continued hearing. The requested continuance is supported by the parties' agreement and will promote the fair and efficient administration of justice. No party will be prejudiced by the requested continuance, and Defendant does not object to the requested relief.

Accordingly, the United States respectfully requests that the Court find that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the period of delay resulting from the continuance be excluded under 18 U.S.C. § 3161(h)(7)(A).

Dated: May 6, 2026                          Respectfully Submitted,


                                            DANIEL N. ROSEN
                                            United States Attorney


                                            *s/William L. Richards*
                                            BY: William L. Richards
                                            Attorney ID No.: 5445002NY
                                            Special Assistant U.S. Attorney
                                            300 South 4th Street, Suite 600
                                            Minneapolis, MN 55415
                                            T: 612.664-5600| C: 202-230-8076
                                            Email: William.Richards@usdoj.gov


2