UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-56 (JNE/DLM)

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                                            **NOTICE OF SUBSTITUTION**

CHRISTINA RANK,

        Defendant.

Please add the following Special Assistant United States Attorney to the above-captioned case:

<u>Add SAUSA</u>

Robert G. Tucker III

<u>Remove SAUSA</u>

William L. Richards

Dated: June 9, 2026                              Respectfully submitted,

                                     DANIEL N. ROSEN
                                     United States Attorney

                                     *s/Robert G. Tucker III*
BY:   Robert G. Tucker III
        Special Assistant U.S. Attorney
        Bar # 24136128TX
        300 South 4th Street
        6th Floor
        Minneapolis, MN 55415
        202-230-4022
        Email: robert.tucker@usdoj.gov