UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-56 (JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| v. | ) | **TO DISMISS** |
| | ) | |
| CHRISTINA RANK, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Robert G. Tucker III, Special Assistant United States Attorney, hereby requests that the Court dismiss this case with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

On July 9, 2026, the Court issued an order granting the Defendant's motion for a bill of particulars. Upon a further review of the evidence and affidavit in support of the complaint, the government does not believe that probable cause for assault exists. Based on a lack of probable cause and in the interest of justice, the government requests this case be dismissed with prejudice.

**[SIGNATURE FOLLOWS]**

1

Dated: July 21, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Robert G. Tucker III*
BY: ROBERT G. TUCKER III
Special Assistant U.S. Attorney
Bar # 24136128TX
300 South 4th Street
6th Floor
Minneapolis, MN 55415
Cell: 202-230-4022
Email: robert.tucker@usdoj.gov

2